CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Eliazar VAZQUEZ-Alvaro<br>DOB: 2002; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-08812MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
On or about September 11, 2022, in the District of Arizona, Defendant **Eliazar VAZQUEZ-Alvaro** did intentionally and forcibly assault United States Border Patrol Agent I. K., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while said agent was engaged in and on account of the performance of his official duties, by intentionally striking Agent I. K. on his head and in the commission of such assault, did use a deadly and dangerous weapon, to wit: a backpack; all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On or about September 11, 2022, at approximately 8:45 a.m. at or near Naco, Arizona, United States Border Patrol Agent I. K., as part of his official duties, was attempting to conduct an immigration inspection of an undocumented non-citizen later identified as Defendant **Eliazar VAZQUEZ-Alvaro** in an area north of a wash. **VAZQUEZ-Alvaro** was wearing camouflage clothing, camouflage carpet covers over his shoes, and a camouflage backpack. Said agent was wearing a Border Patrol uniform and name tag and identified himself in Spanish as a law enforcement officer. Agent I. K. instructed **VAZQUEZ-Alvaro** to lay face down on the ground and place his hands on the back of his head to which **VAZQUEZ-Alvaro** complied. **VAZQUEZ-Alvaro** was then instructed to kneel and place his backpack on the front of his torso and place his hands in the small of his back. **VAZQUEZ-Alvaro** again complied. When said agent was attempting to reach for handcuffs, **VAZQUEZ-Alvaro** slid the straps of the backpack off his shoulders, grabbed the straps, stood up, and then swung the approximately 10-pound backpack upwards towards Agent I. K.'s head striking him in the face. **VAZQUEZ-Alvaro** ran away but was later apprehended. Agent I. K. sustained a cut on the side of his right eye with swelling to the area.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA R. Arellano  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2022.09.12 10:10:05 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP Agent Andrew J. Carpenter |
|---|---|

Sworn to telephonically. x

| SIGNATURE OF MAGISTRATE JUDGE  *Jacqueline M. Rateau* | DATE<br>September 12, 2022 |
|---|---|

See Federal rules of Criminal Procedure Rules 3, 4, and 54